The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM SERVICES, LLC., <br><br> Plaintiff, <br><br> v. <br><br> JOEL SACKS, in his official capacity as Director of the Department of Labor & Industries of the State of Washington <br><br> and <br><br> THE DEPARTMENT OF LABOR & INDUSTRIES OF THE STATE OF WASHINGTON <br><br> Defendants. | NO. 2:22-cv-01404-JCC <br><br> THIRD DECLARATION OF ANASTASIA SANDSTROM |

I declare under the penalty of perjury under the laws of the United States that the following is true and correct.

1. I am over 18 and competent to testify in this matter.

2. Incorporated by reference are the following copies of documents available from Amazon, the Board of Industrial Insurance Appeal's case file re citation 317965723, the Department of Labor & Industries inspection file re citation 317965723, the Department of Labor and Industries rulemaking website, the Occupational Safety and

SECOND DECLARATION OF
ANASTASIA SANDSTROM –
NO. 2:22-CV-01404-JCC

1

ATTORNEY GENERAL OF WASHINGTON
LABOR & INDUSTRIES DIVISION
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7740

Health Administration website. These documents have been previously filed and are indicated by their docket number.

1. Amazon.com Services LLC's Memorandum in Support LLC's Request for Stay of Abatement (in Board file re citation 317965723).

2. Amazon.com Services LLC's Reply Memorandum in Support of the Request for Stay of Abatement (in Board file re citation 317965723).

DATED this 29th day of December 2022, in Seattle, Washington.

ROBERT W. FERGUSON
Attorney General

*/s/Anastasia Sandstrom*
ANASTASIA SANDSTROM
Senior Counsel, WSBA No. 24163
Office of the Attorney General
800 Fifth Ave., Suite 2000
Seattle, WA  98104
Tel: (206) 464-7740
Fax: (206) 587-4920
Email: Anastasia.Sandstrom@atg.wa.gov
Attorney for Defendants

SECOND DECLARATION OF
ANASTASIA SANDSTROM –
NO. 2:22-CV-01404-JCC

2

ATTORNEY GENERAL OF WASHINGTON
LABOR & INDUSTRIES DIVISION
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7740