# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM SERVICES LLC,<br><br>                      Plaintiff,<br>   v.<br><br>JOEL SACKS, *et al.*,<br><br>                      Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C22-1404-JCC |

\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

Defendants' motion for summary judgment (Dkt. No. 10) is GRANTED and Plaintiff's motion for summary judgment (Dkt. No. 12) is DENIED. Plaintiff's complaint is DISMISSED with prejudice.

DATED this 14th day of March 2023.

                                                        RAVI SUBRAMANIAN
                                                        Clerk of Court

                                                        /s/ *Samantha Spraker*
                                                        Deputy Clerk